# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTANA T. CONTRERAS | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 8:90-cr-264-T-23EAJ<br>USM Number: 11899-018<br><br>Defendant's Attorney: David Secular, fpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through three of the May 18, 2007, petition (Doc. 560).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Excessive use of Alcohol | 05/11/2007 |
| Two | Failure to comply with home detention program | 05/11/2007 |
| Three | Failure to comply with home detention program | 05/11/2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 11, 2007
Date of Imposition of Sentence

_/s/ Steven D. Merryday_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 11, 2007
Date

DEFENDANT: SANTANA T. CONTRERAS
CASE NUMBER: 8:90-cr-264-T-23EAJ

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THREE (3) MONTHS** (with no supervised release to follow).

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

___ at _____ a.m. p.m. on _____.

___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___ before 2 p.m. on _____.

___ as notified by the United States Marshal.

___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL